

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/2024

December 9, 2024

**VIA ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Conference adjourned to
> 1/16/2025 at 11:30 Am.
>
> /s/ Colleen McMahon
> 12/9/2024

Re: *Miller v. Static Media Inc.*,
Case No. 1:24-cv-08011-CM

Dear Judge McMahon:

We represent plaintiff Sandro Miller ("*Plaintiff*") in the above captioned action. Pursuant to Paragraphs 2(B) and 3(C)(i) of Your Honor's Individual Rules of Practice, Plaintiff respectfully requests an adjournment of the December 12, 2024 Initial Pretrial Conference as well as the attendant deadlines in the Court's October 31, 2024 Notice of Initial Pretrial Conference until mid to late January 2025.

In support of this Motion, Plaintiff includes the following:

(1) The Court has scheduled an Initial Pretrial Conference for December 12, 2024, at 10:00 a.m. (*Dkt. No. 7*);

(2) This is Plaintiff's first request for an adjournment;

(3) Good cause exists for the instant request as defendant Static Media Inc. ("*Defendant*") has yet to respond to Plaintiff's Complaint and, as of November 19, 2024, has extended their time to answer until December 22, 2024 (*Dkt. No. 13*).

(4) Defendant has consented to the requested adjournment.

The instant request is made in good faith and granting the requested adjournment will not prejudice any party to this matter. Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Craig B. Sanders*
Craig B. Sanders
*Counsel for Plaintiff*